# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**CHRIS STALLINGS and**                                                                               **PLAINTIFFS**
**STALLINGS CONSTRUCTION, LLC**

**v.**                                                **CIVIL ACTION NO. 2:18-CV-66-KS-MTP**

**WAYNE COUNTY, MISSISSIPPI; et al.**                                   **DEFENDANTS**

## ORDER

This matter is before the Court on the Unopposed Motion For Leave to File Amended Complaint ("Motion to Amend") [13] filed by Plaintiffs Chris Stallings and Stallings Construction, LLC (collectively "Plaintiffs"). Plaintiffs filed suit on April 16, 2017, and intended to amend their complaint once their state law claims became ripe under the Mississippi Tort Claims Act. Defendants answered on May 4, 2018, without being served, and filed their Motions for Judgment on the Pleadings [4][6][8] that same day. Plaintiffs now request that the Court grant them leave to file their Amended Complaint, which Defendants do not oppose. Defendants have also agreed to re-file their Motions for Judgment on the Pleadings [4][6][8].

Therefore, the Motion to Amend [13] is hereby **granted**. Plaintiffs are required to file their Amended Complaint within **fourteen days** of the date of this order. The Motions for Judgment on the Pleadings [4][6][8] are **denied as moot**.

SO ORDERED AND ADJUDGED, on this, the __21st___ day of May, 2018.

                                                               ___s/Keith Starrett_____
                                                                KEITH STARRETT
                                                                UNITED STATES DISTRICT JUDGE